**Denied and Opinion Filed July 13, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01493-CV

## IN RE TIMOTHY GILLUM, TRUSTEE OF THE GILLUM FAMILY MASTER HERITAGE TRUST AND REEF R. GILLUM, Relators

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03816**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Evans
Opinion by Justice Evans

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its contempt judgment. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). If a trial court's contempt order is not void, it is not an abuse of discretion. *In re Office of Atty. Gen.*, 422 S.W.3d 623, 628 (Tex. 2013) (orig. proceeding). A contempt order is void if it is beyond the power of the court or violates due process. *Id.* We conclude the relators have failed to establish a right to relief.

We deny the petition for writ of mandamus.  TEX. R. APP. P. 52.8.


/David Evans/
DAVID EVANS
JUSTICE


141493F.P05